UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN RAMIREZ ARIAS, JAVIER ANGEL, MIGUEL RAMIREZ ARIAS, and all other similarly situated employees of LAND ORIGINS, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>LAND ORIGINS, LLC, and JASON BEATRICE, individually<br><br>Defendants. | Civil Action No.  2:19-cv-18823-BRM-JAD<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Jaffe Glenn Law Group, P.A., counsel for the Plaintiffs, Juan Ramirez Arias, Javier Angel, and Miguel Ramirez Arias ("Plaintiffs"), and Salka Law LLC, counsel for Defendants, Land Origins, LLC and Jason Beatrice (collectively "Defendants"), seeking an Order granting the Motion for Approval of Parties' Settlement And For Dismissal Of Action With Prejudice, and the Court having considered the matter and finding that:

1. Plaintiffs commenced this individual action under the Fair Labor Standards Act ("FLSA") and comparable New Jersey laws on August 28, 2019.  This Action was removed to this Court on or about October 9, 2019.  Plaintiffs filed an Amended Complaint in this matter on or about October 31, 2019.

2. Plaintiffs and Defendants have reached a negotiated resolution of the above lawsuit with respect to the claims of Plaintiffs.  The Parties were represented by counsel throughout the settlement negotiations.

      3.      Plaintiffs and Defendants have agreed upon settlement terms and memorialized those terms in a Settlement Agreement and General Release;

IT IS, on this _____ day of January, 2020, HEREBY ORDERED that:

      1.      This Court confirms its approval of the Parties' settlement;

      2.      Plaintiffs' Amended Complaint is hereby dismissed with prejudice as to Defendants.

_____
JOSEPH A. DICKSON, U.S.M.J.